AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America

v.

BRIAN LEON MESSINGER,

_____

Defendant

)
)
)
)
)
)

Case No. **25-CR-20300-WILLIAMS/GOODMAN**

FILED BY _____ **BM** _____ D.C.

**Jul 2, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   BRIAN LEON MESSINGER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Encourage and Induce Aliens to Enter the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I))
Encouraging and Inducing Aliens to Enter the United States. in violation of 8 U.S.C. § 1324 (a)(1)(A)(iv)

Date:    07/02/2025                                                    _Bryan Martinez_
                                                                         Issuing officer's signature

City and state:    Miami, FL                                     Angela E. Noble, Clerk of Court / Court Administrator
                                                                         Printed name and title

| Return | | |
|---|---|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. | | |
| Date: _____ | | Arresting officer's signature |
| | | Printed name and title |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   BRIAN LEON MESSINGER

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:   USA

Date of birth:   1965

Social Security number:

| | | |
|---|---|---|
| Height: | Weight: | |
| Sex: Male | Race: | White |
| Hair: | Eyes: | |

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   Homeland Security Investigations, 11226 Northwest 20th Street, Miami, FL, 33172

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: <u>25-CR-20300-WILLIAMS/GOODMAN</u>

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>BRIAN LEON MESSINGER</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
SAUSA: Tanner P. Stiehl

Last Known Address: ████████████

████████████

████████████

What Facility:

Agent(s): <u>William Lafferty</u>
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**<u>OTHER</u>**)
HSI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**25-CR-20300-WILLIAMS/GOODMAN**
CASE NO._____

IN RE SEALED INDICTMENT

_____/

FILED BY _____ BM _____ D.C.

Jul 2, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the

Indictment, arrest warrants, the Motion to Seal, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, Arrest Warrants, the Motion to Seal, and

this Order shall be filed under seal until the arrest of the first defendant or until further order of

this Court. The United States Attorney's Office and any relevant law enforcement agency may

obtain copies of the Indictment, Arrest Warrants or other sealed documents for purposes of arrest,

extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 2nd day of July 2025.

HONORABLE JONATHAN GOODMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**25-CR-20300-WILLIAMS/GOODMAN**
CASE NO. _____

IN RE SEALED INDICTMENT

FILED BY____ *BM* ___D.C.

*Jul 2, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through its undersigned Special Assistant United States Attorney, respectfully requests that the Indictment, arrest warrant, and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Special Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: July 1, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____

Tanner Stiehl
Special Assistant United States Attorney
Southern District of Florida
FL Bar No.: 1031487
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (786) 360-9752
Tanner.Stiehl@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**25-CR-20300-WILLIAMS/GOODMAN**
CASE NO. _____

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

v.

BRIAN LEON MESSINGER and
███████████████████████

Defendants.

_____/

FILED BY ___ BM ___ D.C.

Jul 2, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Encourage and Induce Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(v)(I))

From a date unknown to the Grand Jury, through on or about December 6, 2024, in the

territorial waters of the United States, and elsewhere, with the Southern District of Florida being

the district to which the defendants were first brought, the defendants,

**BRIAN LEON MESSINGER and**
███████████████████████

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury to commit offenses against the United States,

that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing

and in reckless disregard of the fact that such coming to, entry, and residence is and will be a

violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in

violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-3
### Encouraging and Inducing Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

On or about December 6, 2024, in the territorial waters of the United States, and elsewhere, with the Southern District of Florida being the district to which the defendants were first brought, the defendants,

### BRIAN LEON MESSINGER and

did knowingly encourage and induce an alien, as set forth in Counts 2 through 3 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|:-----:|:-----:|
| 2 | B.I. |
| 3 | A.A. |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **BRIAN LEON MESSINGER** and have an interest.

2.      Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

        a.      any conveyance, including any vessel, vehicle, or aircraft, used in the

commission of such offense;

b.     any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

c.     any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

TANNER P. STIEHL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** 25-CR-20300-WILLIAMS/GOODMAN

**v.**

BRIAN LEON MESSINGER et al.,

**CERTIFICATE OF TRIAL ATTORNEY**

_____ /
Defendant.

**Court Division** (select one)
- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I [✓] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No____

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____
Tanner Stichl
Special Assistant United States Attorney
FL Bar No.        1031487

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: BRIAN LEON MESSINGER

**Case No**: _____

Count # 1:

Conspiracy to Encourage and Induce Aliens to Enter the United States

8 U.S.C. § 1324(a)(1)(A)(v)(I)

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**


Counts # 2-3:

Encouraging and Inducing Aliens to Enter the United States

8 U.S.C. §§ 1324(a)(1)(A)(iv) and (v)(II)

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**


**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Case No: _____

Count # 1:

Conspiracy to Encourage and Induce Aliens to Enter the United States

8 U.S.C. § 1324(a)(1)(A)(v)(I)

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Counts # 2-3:

Encouraging and Inducing Aliens to Enter the United States

8 U.S.C. §§ 1324(a)(1)(A)(iv) and (v)(II)

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

United States of America
v.

▆▆▆▆▆▆▆▆▆▆▆▆

*Defendant*

Case No. **25-CR-20300-WILLIAMS/GOODMAN**

FILED BY _____ **BM** _____ D.C.

**Jul 2, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ▆▆▆▆▆▆▆▆▆
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Encourage and Induce Aliens to Enter the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I))
Encouraging and Inducing Aliens to Enter the United States, in violation of 8 U.S.C. § 1324 (a)(1)(A)(iv)

Date:  __07/02/2025__

*BryanMartinez*
*Issuing officer's signature*

City and state:  Miami, FL

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                              _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: ▁▁▁▁▁▁▁▁

Known aliases:

Last known residence: ▁▁▁▁▁▁▁▁

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: ▁▁▁▁

Date of birth: ▁▁▁▁

Social Security number:

Height: _____     Weight:

Sex: ▁▁     Race: ▁▁▁

Hair:     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:    Homeland Security Investigations, 11226 Northwest 20th Street, Miami, FL, 33172

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: <u>25-CR-20300-WILLIAMS/GOODMAN</u>

### <u>BOND RECOMMENDATION</u>

DEFENDANT: ███████████████████

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
SAUSA: Tanner P. Stiehl

Last Known Address: ██████████ r _____

████████ _____

████████████ _____

What Facility: ██████████ _____

_____

Agent(s): <u>SA William Lafferty</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI